### DUNHAM, Appellant, v. ALLEN, Respondent.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by James J. Dunham against Ezra P. Allen.
No opinion.   Judgment reversed, and a new trial ordered, with costs to abide
the event.   See People v. McElvaine, 121 N. Y. 250, 24 N. E. Rep. 465; Con-
nelly v. Railway Co., 60 Hun, 495, 15 N. Y. Supp. 176.

### EVANS, Appellant, v. DALTON, Respondent.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by William Evans against Margaret Dalton.
No opinion.   Order affirmed, with $10 costs and disbursements.

### FARR, Respondent, v. WARREN, Appellant.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Ed. Farr against Catharine Warren.
No opinion.   Order affirmed, with $10 costs and disbursements.

### FRINK, Respondent, v. FRINK et al., Appellants.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Mary Frink against Freeman Frink and others.
No opinion.   Judgment and order affirmed, with costs.

### GREENFIELD, Respondent, v. GETMAN, et al., Appellants.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Melville L. Greenfield against George W. Getman and others, exec-
utors, etc.
No opinion.   Judgment and order affirmed, with costs.

### HALL, Appellant, v. HANCHETT et al., Respondents.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Arthur L. Hall against George Hanchett and another, administra-
tors.
No opinion.   Judgment and order affirmed, with costs.

### HALL, Respondent, v. LONDON ASSUR. CORP., Appellant.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Malinda Hall against the London Assurance Corporation.
No opinion.   Motion denied.   See 20 N. Y. Supp. 302.

### HART, Respondent, v. JONES et al., Appellants.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Ebenezer H. Hart against Minor T. Jones and others.
No opinion.   Order affirmed, with $10 costs and disbursements.